TDCJ Offender Details     83,180-01    Page 1 of 2

**★ TEXAS DEPARTMENT OF CRIMINAL JUSTICE**     TDCJ Home     New Offender Search

# Offender Information Details

| Return to Search list |
|---|

| | |
|---|---|
| **SID Number:** | 07887106 |
| **TDCJ Number:** | 01976518 |
| **Name:** | COLLINS,DAVON |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1991-07-30 |
| **Maximum Sentence Date:** | 2017-12-12 |
| **Current Facility:** | WILLACY |
| **Projected Release Date:** | 2016-05-01 |
| **Parole Eligibility Date:** | 2015-04-18 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

| Parole Review Information |
|---|

**Offense History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2013-05-17 | TAMP/FAB EVIDENCE | 2015-01-20 | HARRIS | 138812301010 | 3-00-00 |
| | | | | | |